```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
SOLOMON CLANTON,                                                  :
                                                                  :
                                Plaintiff,                        :
                                                                  :        20-cv-5841 (LJL)
              -v-                                                 :
                                                                  :        ORDER
UMG RECORDINGS, INC., et al.,                                     :
                                                                  :
                                Defendants.                       :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2020

LEWIS J. LIMAN, United States District Judge:

The initial pre-trial conference scheduled for today, November 17, 2020, was cancelled in light of the parties' joint letter. Dkt. No. 28. In their letter, the parties agreed that discovery should be stayed pending the Court's resolution of Defendants' motion to dismiss. *Id*. The parties' request for a stay of discovery is GRANTED. As requested by the parties, Plaintiffs' brief in opposition will be due December 11, 2020.

SO ORDERED.

Dated: November 17, 2020
       New York, New York
                                        _____
                                            LEWIS J. LIMAN
                                         United States District Judge