**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SOLOMON CLANTON p/k/a SLUGGA, an individual,

                       Plaintiff,

-against-                                  20 **CIVIL** 5841 (LJL)

                                            **JUDGMENT**

UMG RECORDINGS, INC., a Delaware corporation;
GAMEBREAD, LLC, a limited liability company;
TAUHEED EPPS p/k/a 2CHAINZ, an individual;
KENNON JACKSON p/k/a YG, an individual; KIARI
CEPHUS p/k/a OFFSET, an individual, TYLER
MATTHEW CARL WILLIAMS p/k/a T-MINUS, an
individual; JOSH VALLE, an individual; MATTHEW
JEHU SAMUELS, an individual; and DOES 1
THROUGH 20,

                      Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 16, 2021, the motion to dismiss is GRANTED. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 25. In light of the Court's finding that there are no actionable similarities between the two compositions as a matter of law, amendment would be futile and the dismissal of the complaint is with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       August 17, 2021

                                                          **RUBY J. KRAJICK**
                                                              _____
                                                                 **Clerk of Court**
                                          **BY:**
                                                                 **Deputy Clerk**